# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

LAMAR PASSMORE,
Plaintiff,

Civil Action No. 1:19-cv-74
Barrett, J.
Litkovitz, M.J.

vs.

THE FEDERAL RESERVE
BANKING SYSTEM,
Defendant.

**ORDER**

This matter is before the Court on plaintiff's "motion for relief" (Doc. 67) and "motion to settle" (Doc. 68).

As background, on April 1, 2019, the undersigned recommended that defendant's motion to dismiss plaintiff's complaint under Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction be granted. The Court explained that plaintiff failed to carry his burden of identifying a waiver of sovereign immunity in order to proceed with his claims against defendant, a federal agency. (Doc. 21). On August 30, 2019, the District Judge overruled plaintiff's objections and adopted the undersigned's Report and Recommendation. (Doc. 65). Thereafter, the Clerk entered judgment dismissing plaintiff's case. (Doc. 66).

Plaintiff has now filed two post-dismissal motions. (Docs. 67, 68). In his "motion for relief," plaintiff seeks to amend the damages requested in this action from thirty trillion dollars to thirty million dollars. (Doc. 67). In his "motion to settle," plaintiff states that he agrees to settle with defendant for thirty million dollars. (Doc. 68). In light of the Court's Order granting defendant's motion to dismiss and the Clerk's entry of judgment on August 30, 2019, plaintiff's motions lacks merit. In addition, for the reasons explained in the April 1, 2019 Report and Recommendation, the Court continues to lack jurisdiction over plaintiff's claims against

defendant. Therefore, plaintiff's "motion for relief" (Doc. 67) and "motion to settle" (Doc. 68) are **DENIED**.

Date: 11/5/19

Karen L. Litkovitz
United States Magistrate Judge